UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                                : CASE NO. 10-69745-crm
                                                                      :
JANE DAY BRUNER,                                                      : CHAPTER 7
JAMES WILLIAM BRUNER (dismissed 7/24/13),                             :
                                                                      :
    Debtors.                                                          :

ORDER VACATING CLOSING ORDER
AND DISCHARGING CHAPTER 13 TRUSTEE

On July 23, 2013, this case was converted to a chapter 7 case. On July 24, 2013, an order was entered dismissing case as to James William Bruner, only. On September 27, 2013, the Clerk's office mistakenly caused an order to be entered entitled "Order Approving Account, Discharging Chapter 13 Trustee and Closing Estate" (Doc. No. 107) (the "Closing Order"). Accordingly, it is

ORDERED that the Closing Order is **VACATED** in its entirety. This chapter 7 case remains open and pending for Jane Day Bruner, only.

Further ORDERED that the account of the Chapter 13 Trustee is allowed and approved, and the Chapter 13 Trustee is discharged and relieved of the trust.

The Clerk is directed to serve a copy of this Order on the Debtor, the Chapter 7 Trustee, the Chapter 13 Trustee, and all creditors and parties in interest.

IT IS SO ORDERED, this 7 day of October, 2013.

C. RAY MULLINS
UNITED STATES BANKRUPTCY CHIEF JUDGE